| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sargis, Ronald H. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Eastern District of California | 3. Date of Report<br><br>06/09/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article I Bankruptcy Judge, Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95864

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee - Trust #1 - | Trust #1 Family Member 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sargis, Ronald H.** | 06/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | University of Pacific, McGeorge School of Law -- Co-Teaching Bankruptcy Course | $3,087.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | State of California, California Department of Public Health --- Retired Annuitant Salary |
| 2. | 2018 | CalPERS - State of California Retirement |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Loyola Law School | 06/07/2018 | Los Angeles, Cal | Cal-9th Cir Joint Judicial Council Presentation at Journalist Law School Program | Airfare, Car Rental, Airport Parking |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Sacramento, California | D | Rent | O | W | | | | | |
| 2. Bank of America Demand Accounts | A | Interest | J | T | | | | | |
| 3. Golden 1 Credit Union Demand Account | A | Interest | J | T | | | | | |
| 4. Bank of the West Demand Account | A | Interest | J | T | | | | | |
| 5. State Farm Whole Life Insurance | A | Interest | J | T | | | | | |
| 6. Mineral Rights, Livingston, CA | | None | J | W | | | | | |
| 7. XXXXXXXXXXXXXXXXXXXXXXXX | | | | | | | | | |
| 8. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 9. Merril Lynch Direct Deposit (Cash) Account) | A | Int./Div. | J | T | | | | | |
| 10. Adient PLC SHS -- ADNT | A | Int./Div. | J | T | | | | | |
| 11. Johnson Controls Inter -- JCI | A | None | J | T | | | | | |
| 12. Mallinckrodt PLC -- MNK (X) | A | None | J | T | | | | | |
| 13. Medtronic PLC -- MDT (fka Covidien PLC) | A | Int./Div. | J | T | | | | | |
| 14. Nokia Corp -- NOK | A | Int./Div. | J | T | | | | | |
| 15. Oracle Corp -- ORCL | B | Int./Div. | M | T | | | | | |
| 16. Pentair PLC -- PNR | A | Int./Div. | J | T | | | | | |
| 17. Sirus SM -- SIRI | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TE Connectivity -- TEL | A | Int./Div. | J | T | | | | | |
| 19. -------------------------------------------- | | | | | | | | | |
| 20. Investments Completely Disposed of from Acct 1 in 2017 | | | | | | | | | |
| 21. None | | | | | | | | | |
| 22. XXXXXXXXXXXXXXXXXXXXXXXX | | | | | | | | | |
| 23. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 24. Insured Bank Deposit U.S. Bank | A | Int./Div. | J | T | | | | | |
| 25. Dreyfus Technology Growth -- DTGRX | A | Distribution | J | T | Sold (part) | 01/10/18 | J | D | |
| 26. Gateway CL C Reinvestments -- GTECX | A | Int./Div. | J | T | | | | | |
| 27. -------------------------------------------- | | | | | | | | | |
| 28. Investments Completely Disposed of from Acct 3 in 2017 | | | | | | | | | |
| 29. None | | | | | | | | | |
| 30. XXXXXXXXXXXXXXXXXXXXXX | | | | | | | | | |
| 31. BROKERAGE ACCOUNT #8 IRA ROLLOVER | | | | | | | | | |
| 32. General MMKT Class A Cash Fund | A | Int./Div. | J | T | | | | | |
| 33. First Trust Senior Loan Fund - FTSL | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 34. First Trust Utilities Alphadex -- FXU | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Global X US Infrastructure Dev. ETF -- PAVE | | None | J | T | Buy | 11/13/18 | J | | |
| 36. Goldman Sachs Activebeta US Large Cap Equity ETF -- GSLC | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 37. | | | | | Buy (add'l) | 03/14/18 | J | | |
| 38. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 39. | | | | | Sold (part) | 10/22/18 | J | A | |
| 40. Ishares MSCI Australia ETF -- EWA | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 41. | | | | | Sold (part) | 10/22/18 | J | A | |
| 42. Ishares Core MSCI EAFE ETF - IEFA | A | Dividend | K | T | Sold (part) | 01/12/18 | J | A | |
| 43. | | | | | Sold (part) | 06/26/18 | J | A | |
| 44. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 45. Ishares Core MSCI Emerging Markets ETF -- IEMG | A | Dividend | K | T | Sold (part) | 01/12/18 | J | A | |
| 46. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 47. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 48. | | | | | Sold (part) | 08/15/18 | J | A | |
| 49. | | | | | Sold (part) | 10/22/18 | J | A | |
| 50. Ishares Core S&P 500 ETF -- IVV | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 51. | | | | | Buy (add'l) | 08/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 53. | | | | | Sold (part) | 10/22/18 | J | A | |
| 54. Ishares Technology ETF -- IYW | | None | J | T | Buy | 12/17/18 | K | | |
| 55. Ishares MSCI EAFE ETF -- EFA | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 56. | | | | | Sold (part) | 10/22/18 | J | A | |
| 57. Ishares MSCI EAFE Growth ETF -- EFG | A | Dividend | K | T | Sold (part) | 01/12/18 | J | B | |
| 58. | | | | | Sold (part) | 02/05/18 | J | B | |
| 59. | | | | | Sold (part) | 10/22/18 | J | A | |
| 60. Ishares U S Medical Devices ETF -- IHI | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 61. Ishares MSCI All Country Asia Ex Japan - AAXJ | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 62. | | | | | Sold (part) | 10/22/18 | J | A | |
| 63. Ishares U S Financial Services ETF -- IYG | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 64. Ishares Core S&P Small Cap ETF -- IJR | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 65. | | | | | Sold (part) | 10/22/18 | J | A | |
| 66. Ishares U S Consumer Goods ETF -- IYK | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 67. Ishares MSCI Canada ETF - EWC | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 68. | | | | | Sold (part) | 10/22/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Invesco Aerospace & Defense - PPA (Fund Name Change) | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | See VIII Note 1 Name Chg |
| 70. | | | | | Sold (part) | 10/22/18 | J | A | |
| 71. Invesco QQQ EFT - QQQ (Fund Name Change) | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | See VIII Note 2 Name Chg |
| 72. | | | | | Sold (part) | 10/22/18 | J | A | |
| 73. Invesco Exhange S&P 500 Equal Weight Energy -- RYE | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 74. Invesco Exchange FTSE RAFI Emerging Market ETF - PXH (Fund Name Change | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | See VIII Note 3 Name Chg |
| 75. | | | | | Sold (part) | 10/22/18 | J | A | |
| 76. JPMorgan Betabuilders Japan ETF - BBJP | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 77. Sector Healthcare Select Sector SPDR ETF - XLV | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 78. | | | | | Buy (add'l) | 03/14/18 | J | | |
| 79. | | | | | Sold (part) | 10/22/18 | J | A | |
| 80. Sector Financial Select Sector SPDR ETF -- XLF | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 81. | | | | | Sold (part) | 10/22/18 | J | A | |
| 82. Consumer Discretionary Select Sector SPDR ETF - XLY | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 83. | | | | | Sold (part) | 10/22/18 | J | A | |
| 84. Vanguard Large Cap ETF -- VV | A | Dividend | K | T | Sold (part) | 01/12/18 | J | A | |
| 85. | | | | | Sold (part) | 10/22/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wisdomtree Japan Small Cap Dividend ETF -- DFJ | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 87. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 88. Ishares 20+ Yr Treasury Bond ETF -- TLT | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 89. Ishares 10-20 Yr Treasury Bond ETF - TLH | A | Dividend | J | T | Buy | 10/16/18 | J | | |
| 90. Pimco Investment Grade Corporate Bond Index ETF - COPR | A | Distribution | J | T | Sold (part) | 01/12/18 | J | A | |
| 91. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 92. | | | | | Sold (part) | 10/22/18 | J | A | |
| 93. SPDR Blackstone GSO SR LN - SRLN | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 94. | | | | | Sold (part) | 10/22/18 | J | A | |
| 95. Vanguard Total Bond Market ETF -- BND | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 96. Vanguard Intermediate Term Treasury Index ETF -- VGIT | A | Dividend | K | T | Buy | 06/26/18 | K | | |
| 97. | | | | | Sold (part) | 10/22/18 | J | A | |
| 98. ------------------------------------- | | | | | | | | | |
| 99. Investments Completely Disposed of From Invt Acct 8 in 2017 | | | | | | | | | |
| 100. Flexshares Trust Qlty Div Index Fund -- QDF | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 101. | | | | | Sold | 03/21/18 | J | A | |
| 102. Global X MSZCI Norway ETF - NORW | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/13/18 | J | A | |
| 104. Ishares MSCI EAFE Value ETF -- EFV | | None | | | Sold (part) | 01/12/18 | J | A | |
| 105. | | | | | Sold | 06/04/18 | K | C | |
| 106. ALPS Riverfront Strategic Income Fund -- RIGS | A | Dividend | | | Sold (part) | 03/13/18 | J | A | |
| 107. | | | | | Sold | 10/16/18 | J | A | |
| 108. Ishares Intl Select Dividend ETF -- IDV | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 109. | | | | | Sold | 06/04/18 | J | A | |
| 110. Ishares U S Oil Equipment & Services ETF | A | Dividend | | | Buy | 05/29/18 | J | | |
| 111. | | | | | Sold | 11/20/18 | J | A | |
| 112. Ishares INC MSCI Italy ETF | A | Dividend | | | Buy | 06/04/18 | J | | |
| 113. | | | | | Sold | 10/09/18 | J | A | |
| 114. SPDR Series Trust SPDR NYSE Technology - XNTK (FKA Morgan Stanley Tech | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 115. | | | | | Sold (part) | 10/22/18 | J | A | |
| 116. | | | | | Sold | 12/17/18 | J | D | |
| 117. SPDR S&P Capital Markets ETF -- KCE | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 118. | | | | | Sold | 11/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Wisdomtree Trust Europe Hedged Equity Fund ETF -- HEDJ | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 120. | | | | | Sold (part) | 05/29/18 | J | A | |
| 121. | | | | | Sold (part) | 10/22/18 | J | A | |
| 122. | | | | | Sold | 11/13/18 | J | B | |
| 123. Wisdomtree Trust Intl Hedged Quality Dividend Growth Fund ETF -- IHDG | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 124. | | | | | Sold | 06/26/18 | J | B | |
| 125. XXXXXXXXXXXXXXXXXXXXXXXXXX | | | | | | | | | |
| 126. Brokerage Account 9 IRA Rollover | | | | | | | | | |
| 127. CASH/MMONEY MARKET -- RW Baird Genal MMKt Class A | A | Int./Div. | J | T | | | | | |
| 128. Gateway CL A Reinvestments GTEYX | A | Dividend | K | T | | | | | |
| 129. Oakmark Intl OAKIX (Hareris Oakmark on Prior Statements) | B | Dividend | L | T | | | | | |
| 130. | C | Distribution | | | | | | | |
| 131. Ishares Russell 1000 Growth EFT IWF | A | Dividend | L | T | Sold (part) | 05/15/18 | J | C | |
| 132. Ishares Russell Mid Cap IWR | A | Dividend | K | T | Sold (part) | 05/15/18 | K | C | |
| 133. | D | Distribution | | | | | | | |
| 134. Advisory Research MLP & Energy Income INFIX | D | Dividend | K | T | | | | | |
| 135. Principal Mid Cap | D | Distribution | L | T | Sold (part) | 05/15/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | A | Dividend | | | | | | | |
| 137. SPDR Series Trust S&P Dividend SDY | B | Dividend | L | T | | | | | |
| 138. Sterling Capital Stratton Small Cap STSCX | C | Distribution | K | T | | | | | |
| 139. | A | Dividend | | | | | | | |
| 140. Principal Global Divversifed Income PGPDX | C | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 141. Blackrock Strategic Income Opptys BSIXX | B | Dividend | L | T | Buy (add'l) | 01/17/18 | K | | |
| 142. Eaton Vance Global Macro Absolute Return EIGMX | B | Dividend | K | T | Buy (add'l) | 01/10/18 | K | | |
| 143. Loomis Sayles Bond Instl LSBDX | B | Dividend | K | T | | | | | |
| 144. Templeton Global Bond Advisor TGBAX | C | Dividend | L | T | | | | | |
| 145. | A | Distribution | | | | | | | |
| 146. Vanguard Short Term Investment Grade Admiral --VFSUX | A | Dividend | K | T | Buy | 05/14/18 | K | | |
| 147. ----------------------------------------- | | | | | | | | | |
| 148. Investments Completely Disposed of in 2017 From Account 9 | | | | | | | | | |
| 149. LOCORR Market Trend LOTIX | | None | | | Sold | 05/15/18 | K | A | |
| 150. ASG (NATIXIS) Global Alternatives GAFYX | | None | | | Sold | 01/10/18 | K | A | |
| 151. XXXXXXXXXXXXXXXXXXXXXXXXX | | | | | | | | | |
| 152. Trust #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. Bank of America -- Deposit Accounts | A | Interest | J | T | | | | | |
| 154. US Goverment Bonds | A | Interest | M | T | Redeemed (part) | 01/30/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - Powershares Aerospace, the fund listed on the 2018 Report, Changed its Name to Aerospace & Defense ETF - June 4, 2018 Date reported by broker.

Note 2 - Powershare QQQ ETF, the fund listed on the 2018 Report, Changed its Name to Invesco QQQ - June 4, 2018 reported by broker.

Note 3 - Powershare FTSE RAFI, the fund listed on teh 2018 Report, Changed its Name to Invesco Exchange FTS RAFI Emerging Markets - June 4, 2018 Date Reported by broker.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald H. Sargis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544